UNITED STATES DISTRICT COURT
EASTERN DISTRICT of Louisiana

17-3559

Andrew Wetzel

v.

Jerry Goodwin

DKT:
Section:
Judge:

SECT. N MAG. 1

## MOTION FOR Leave of Court TO proceed as a Sactioned plaintiff

**1.**

Plaintiff must have leave of court TO File as he is a Sactioned plaintiff.

**2.**

Plaintiff Should be allowed TO proceed as he is Indigent, The Claims within cleary show a Violention of plaintiff's Rights and These claim have never been IN Federal court.

Wherefore plaintiff prays.

s/ [signature]

Andrew Wetzel

TENDERED FOR FILING

APR 17 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

4-10-2017

Clerk,

Please file the enclosed App. for Habeas Corpus (and) Motion for Leave of Court (since I have to ask 1st)

s/ [signature]

Andrew Wetzel
#539179/NYD#3
670 Bell Hill RD
Homer, LA 71040

TENDERED FOR FILING

APR 17 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



US POSTAGE ))) PITNEY BOWES
ZIP 71040 $ 001.82⁰
02 1W
0001403043 APR 13 2017

Andrew Wetzel
#539199/NYO #3
670 Bell HII Rd
Homer, LA 71040

U.S. Dc. -EASTERN
Clerk of Court
500 Poydras ST
New Orleans, LA 70130

DWCC
APR 13 2017
NOT RESPONSIBLE
FOR CONTENTS